IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MILTON ENRIQUE SANABRIA-BOLANOS,

    Plaintiff,

    -vs-                                                                                     No. CIV 15-0835 KG/SCY

UNITED STATES OF AMERICA,

    Defendant.

**ORDER OF REFERENCE RELATING TO BANKRUPTCY
APPEALS, SOCIAL SECURITY APPEALS, PRISONER
CASES, NON PRISONER PRO SE CASES,
AND IMMIGRATION HABEAS CORPUS PROCEEDINGS**

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Virginia Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Steven C. Yarbrough to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1). Objections shall be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE